PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

## for

## NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Harold D. Alexander Yeager, III                    Docket No. 1:02cr497-TWT

### PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

     COMES NOW Leslie N. Bayne PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Harold D. Alexander Yeager, III who was placed on supervision for the offense of Using a Facility or Means of Interstate Commerce to Entice a Child to Engage in Sexual Activity, 18 USC § 2422(b), by the Honorable Thomas W. Thrash, Jr. Sitting in the court at Atlanta, on the 7th day of January, 2003 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in the mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the conditions of the sex offender compliance contract under the guidance and supervision of the U. S. Probation Officer. If able, the defendant shall be required to contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has been in state prison custody since October 29, 2008. He will be released from state custody on February 19, 2010. His transfer to his home in North Carolina needs to be investigated on both the state and federal levels. In order to allow time for the investigations, we are requesting placement in a halfway house for up to 180 days. Defendant may be released immediately upon approval date of transfer.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to order the defendant reside up to 180 days in a community confinement facility, obeying all rules of that program.

### ORDER OF COURT

Considered and ordered this _____11_____ day of

_____February_____, 2010

and ordered filed and made a part of the records

in the above case.

                                                                  Honorable Thomas W. Thrash, Jr.
                                                                  U. S. District Court Judge

Respectfully,

Leslie N. Bayne
U. S. Probation Officer

Place:   Atlanta, Georgia

Date:    February 11, 2010

---

Alvenia P. Singleton
Supervising U. S. Probation Officer