| | |
|---|---|
| RECEIVED<br>(Rev. 2/88)<br>OCT 31 2012<br>JULIE A. RICHARDS, CLERK<br>US DISTRICT COURT, EDNC<br>**TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:02-CR-497-TWT<br><br>DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Northern District of Georgia | DIVISION<br>Atlanta |
|---|---|---|
| Harold D. Alexander Yeager, III<br><br>Wilmington, NC | NAME OF SENTENCING JUDGE<br>Honorable Thomas W. Thrash | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>2/19/2010 | TO<br>2/18/2013 |

**OFFENSE**

Using a Facility or Means of Interstate Commerce to Entice a Child to Engage in Sexual Activity, 18 USC 2422(b)'s 20 years to run concurrently.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 19 2012

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Georgia

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/16/12
Date

*signature*
Honorable Thomas W. Thrash
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/30/12
Effective Date

*signature*
Honorable James C. Dever III
United States District Judge