UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

| | |
|---|---|
| JAMES N. HATTEN<br>DISTRICT COURT EXECUTIVE<br>and CLERK OF COURT | DOCKETING SECTION<br>404-215-1655 |

November 28, 2012

United States District Court
Eastern District of North Carolina
PO Box 25670
Raleigh NC 27611

    Re: USA vs. Harold D. Alexander Yeager, III
        Criminal Action No. 1:02-CR-497-TWT

Dear Clerk:

Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the above supervised releasee to your district.

Enclosed are certified copies of the indictment, judgment and commitment order, and docket for your records.

Please acknowledge receipt of these documents by returning the enclosed copy to this office.

        Sincerely,

        James N. Hatten
        District Court Executive
        and Clerk of Court

By: _____
      Deputy Clerk