RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 17 2012
JAMES N. HATTEN, Clerk
By: [signature]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
and CLERK OF COURT

DOCKETING SECTION
404-215-1655

November 28, 2012

United States District Court
Eastern District of North Carolina
PO Box 25670
Raleigh NC 27611

RECEIVED
DEC 03 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

Re: USA vs. Harold D. Alexander Yeager, III
Criminal Action No. 1:02-CR-497-TWT

Dear Clerk:

Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the above supervised releasee to your district.

Enclosed are certified copies of the indictment, judgment and commitment order, and docket for your records.

Please acknowledge receipt of these documents by returning the enclosed copy to this office.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By: [signature]
Deputy Clerk