

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 22 2019

JAMES N. HATTEN

By:



*Office of the Sheriff*

**BRUNSWICK COUNTY, NORTH CAROLINA**

JOHN W. INGRAM, V
Deputy SHERIFF

BOLIVIA 910-253-2777
v. 800-672-6379
FAX 910-253-2705

**JUNE 25, 2019**

To: WHOM IT MAY CONCERN

From: Candice Rabon
Sex Offender Registration Unit

Re: NCIC SEX OFFENDER RECORD VALIDATION

Per requirements from the SBI and FBI, I am required to contact the court of conviction in the appropriate county or state to make sure that the court decision for registered sex offender has not been overturned for him or her.

Please check the file for the following defendant and indicate the appropriate response and return this form to me as soon as possible.

Thank you for your prompt attention to this matter.

DEFENDANT: YEAGER,HAROLD DAVID III
CONVICTION: CHILD MOLESTATION VICTEM AGE_____
CASE NUMBER: 03CR190
CONVICTION STANDS: YES: _____ NO: _____

If no please provide date conviction was overturned: _____.
This information was provided by: _____.

PLEASE RETURN THIS REQUEST TO:
CANDICE RABON
BCSOCRABON@GMAIL.COM
910-253-2754
P O BOX 9
BOLIVIA, NC 28422

IF YOU HAVE ANY QUESTIONS PLEASE FEEL FREE TO CONTACT ME.

POST OFFICE BOX 9 / 70 STAMP ACT DRIVE / BOLIVIA, NORTH CAROLINA 28422

JOHN W. INGRAM V, SHERIFF
BRUNSWICK COUNTY
P.O. BOX 9
BOLIVIA, N.C. 28422

N METRO
GA 301
18 JUL '19

CLEARED
JUL 22 2019
U.S. Marshals
Atlanta Ga.

U.S. POSTAGE >> PITNEY BOWES

$ 000.50⁰

ZIP 28422
02 4W
0000364158 JUN 25 2019

CLEARED
JUN 27 2019
U.S. Marshals
Atlanta Ga.

NORTHERN DISTRICT OF GA
2211 United States Courthouse
75 Spring St SW
Atlanta GA 30303-3361

303363363630 0036